Form G6 (20200113_apo)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CENTRAL GROCERS, INC., et al.,<br><br>Debtor(s)<br>HOWARD B. SAMUELS, as Chapter 7 Trustee of the Estates of Central Grocers, Inc., et al.,<br>Plaintiff(s)<br>FARMERS FOOD CENTER, INC.,<br><br>Defendant(s) | BK No.: 17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Janet S. Baer<br><br>Adv. No.: 19-00052 |

## ORDER AMENDING SCHEDULING ORDER

1. The Trustee's Motion to Amend Scheduling Order is granted in part and denied in part as follows:

a. The parties shall complete remaining fact discovery, including depositions of fact witnesses, by December 31, 2020;
b. Plaintiff shall disclose its expert witnesses and reports by January 31, 2021;
c. Defendants shall disclose their expert witnesses and reports by March 15, 2021;
d. Plaintiff shall serve its expert rebuttal reports, if any, by April 15, 2021;
e. All expert discovery, including expert depositions, shall be completed by May 14, 2021; and
f. Dispositive motions shall be filed by no later than June 14, 2021.

Enter:

*Janet S. Baer*

Dated: September 9, 2020

United States Bankruptcy Judge

**Prepared by:**
Bradley P. Nelson
FisherBroyles LLP
225 W. Washington, Suite 2200
Chicago, IL 60606
312-300-4005

Form 86 (20200113_apo)
brad.nelson@fisherbroyles.com